Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Avenue, Suite 500
Irvine, California 92612
Tel: (949) 486-1888
Fax: (949) 486-1889
Email: r.n@azimynathan.com
       e.a@azimynathan.com

Attorneys for Plaintiff, JOSEPH ABDULLAH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH,<br><br>　　　　　　Plaintiff(s),<br>vs.<br><br>SHIV, INC. dba JACK IN THE BOX; PETER A. ZARCADES as Trustee of THE TRUST INDENTURE OF PETER A. ZARCADES; THE TRUST INDENTURE OF PETER A. ZARCADES and Does 1 through 10, inclusive.<br><br>　　　　　　Defendant(s). | Case No.: C06-04782 PJH<br><br>DECLARATION OF REUBEN D. NATHAN AND [PROPOSED] ORDER TO ALLOW PLAINTIFF TO SERVE CALIFORNIA SECRETARY OF STATE ON BEHALF OF SHIV, INC. dba JACK IN THE BOX |

1

DECLARATION OF REUBEN D. NATHAN AND PROPOSED ORDER

## DECLARATION OF REUBEN D. NATHAN

I, Reuben D. Nathan declare as follows:

1. That I am the attorney of record for plaintiff, Joseph Abdullah.

2. That Plaintiff has attempted to serve Defendant Shiv, Inc. dba Jack in the Box, but has been unsuccessful in doing so.

3. That in or about August 24, 2006, The San Juaquin County Sheriff, Civil Division, returned the summons and complaint to be served upon Shiv, Inc. dba Jack in the Box to this office because the address for service of process on record with the Secretary of State is an incorrect address. (See Exhibit "A"), the Summons Returned Unexecuted filed by Plaintiff was filed on September 8, 2006. (See Exhibit "B").

4. Plaintiff respectfully requests this Court to grant leave for Plaintiff to sub-serve the California Secretary of State on behalf of the Defendant, Shiv, Inc. dba Jack in the Box pursuant to California Code of Civil Procedure § 416.10(d), because after diligent efforts to serve the named defendant, neither the entity's agent for service of process nor the entity's officers can be found, due to Shiv, Inc. dba Jack in the Box's failure to maintain proper records of the location of its agent for service of process.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at Irvine, California on September 11, 2006       /s/ Reuben D. Nathan
                                                            Reuben D. Nathan, Declarant

# ORDER

Pursuant to the declaration of plaintiff's counsel:

**IT IS ORDERED** that the plaintiff serve the California Secretary of State on behalf of Defendant, Shiv, Inc. dba Jack in the Box. Plaintiff is ordered to file a proof of service in accordance with Plaintiff's request as outlined in this declaration, within thirty (30) days of this order.

Dated: _September 28_, 2006



_____
United States District Judge

IT IS SO ORDERED
Judge Phyllis J. Hamilton

---

3

DECLARATION OF REUBEN D. NATHAN AND PROPOSED ORDER

EXHIBIT "A"

## California Business Portal
Secretary of State BRUCE McPHERSON

**DISCLAIMER:** The information displayed here is current as of SEP 01, 2006 and is updated weekly. It is not a complete or certified record of the Corporation.

| Corporation |||
|---|---|---|
| SHIV, INC. |||
| **Number:** C2496253 | **Date Filed:** 2/14/2003 | **Status:** active |
| **Jurisdiction:** California |||
| Address |||
| 1920 E YOSEMITE AVE |||
| MANTECA, CA 95336 |||
| Agent for Service of Process |||
| HITENDRA HENRY J PATEL |||
| 1920 E YOSEMITE AVE |||
| MANTECA, CA 95336 |||

Blank fields indicate the information is not contained in the computer file.

If the status of the corporation is "Surrender", the agent for service of process is automatically revoked. Please refer to California Corporations Code Section 2114 for information relating to service upon corporations that have surrendered.

# EXHIBIT "B"

# Service of Process:
3:06-cv-04782-PJH Abdullah v. SHIV Inc. et al

## U.S. District Court

## California Northern District

Notice of Electronic Filing

The following transaction was received from Nathan, Reuben D entered on 9/8/2006 at 4:09 PM and filed on 9/8/2006
**Case Name:** Abdullah v. SHIV Inc. et al
**Case Number:** 3:06-cv-4782
**Filer:** Joseph Abdullah
**Document Number:** 3

**Docket Text:**
Summons Returned Unexecuted by Joseph Abdullah as to Joseph Abdullah. (Nathan, Reuben) (Filed on 9/8/2006)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** C:\Documents and Settings\Administrator\My Documents\ADA\Abdullah\ELECTRONIC FILING N.D\POS Abd. v. Shiv, Ir .pdf
**Electronic document Stamp:**
[STAMP CANDStamp_ID=977336130 [Date=9/8/2006] [FileNumber=287209 0] [
afb80acaaeb55cb510aee78d924cfdd279d39ff7e43992229510ec4be431984acc eaa5d31aa552888bcdc89b4653e914e3f524bff1994f358e1c62307b38]]

**3:06-cv-4782 Notice will be electronically mailed to:**

Reuben D Nathan    r.n@azimynathan.com, e.a@azimynathan.com

**3:06-cv-4782 Notice will be delivered by other means to:**

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| Law Offices of Azimy & Nathan LLP<br>18500 Von Karman Ave. Ste 500<br>Irvine, CA 92612-0534<br>E-MAIL | FAX | |
| ATTORNEY FOR (Name): Joseph Abdullah | | |

**United States District Court**
STREET ADDRESS:
MAILING ADDRESS:
CITY AND ZIP CODE: , CA
BRANCH NAME:

PLAINTIFF: Joseph Abdullah

DEFENDANT: Shiv Inc dba Jack in the Box et al

| PROOF OF SERVICE OF SUMMONS | FILE NUMBER<br>2006253671 | COURT CASE NUMBER<br>C064782PJH |
|---|---|---|

1. At the time of service, I was at least 18 years of age and not a party to this action

2. I received the following papers on 8/22/2006:
   f. other (specify documents):     Summons and Complaint

3. After due search, careful inquiry and diligent attempts at the dwelling house or usual place of abode and/or business, I have been unable to make personal delivery of said process on the following person(s) herein named, to wit:
   Shiv Inc. dba Jack in the Box agent for service Hitendra Henry J. Patel
   1920 E. Yosemite Ave
   Manteca, CA 95336

4. See Attachment for Declaration of Diligence.

7. Person who attempted Service:
   a. Name: Jacqueline Stone
   b. Address: Sheriff's Civil Division
   7000 Michael N Canlis Blvd.
   French Camp, CA 95231-9781

   c. Phone: (209) 468-4475
   d. The fee for service was: $30.00

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: August 25, 2006

Sheriff's Authorized Agent
Robert Heidelbach, Sheriff

Hearing: <No Information>
Remarks: Defendant is unknown at this location

Judicial Council form POS-010      Original      107681

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| Law Offices of Azimy & Nathan LLP<br>18500 Von Karman Ave. Ste 500<br>Irvine, CA 92612-0534<br>E-MAIL | FAX | |
| ATTORNEY FOR (Name): Joseph Abdullah | | |

| United States District Court |
|---|
| STREET ADDRESS: |
| MAILING ADDRESS: |
| CITY AND ZIP CODE: CA |
| BRANCH NAME: |

| PLAINTIFF: | Joseph Abdullah |
|---|---|
| DEFENDANT: | Shiv Inc dba Jack in the Box et al |

| DECLARATION OF DILIGENCE | FILE NUMBER<br>2006253671 | COURT CASE NUMBER<br>C064782PJH |
|---|---|---|

Declaration of attempts to personally serve: Shiv Inc. dba Jack in the Box agent for service Hitendra Henry J. Patel

1st: Date/Time: 8/24/2006 10:53 AM    Deputy: Jacqueline Stone
    Addr: 1920 E. Yosemite Ave Manteca CA 95336

August 25, 2006                              Original                              107681