Reuben D. Nathan, Esq. (SBN 208436)
AZIMY & NATHAN, LLP
18500 Von Karman Ave., Suite 500
Irvine, California 92612
Phone: (949) 486-1888
Fax:   (949) 486-1889
Email: r.n@azimynathan.com
       e.a@azimynathan.com

Attorneys of Record for Plaintiff,
JOSEPH ABDULLAH

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSEPH ABDULLAH, | Case No.: C06-4782 PJH |
| Plaintiff, | |
| v. | **STIPULATION AND ~~PROPOSED~~ ORDER OF DISMISSAL** |
| SHIV, INC. dba JACK IN THE BOX; PETER A. ZARCADES as Trustee of THE TRUST INDENTURE OF PETER A. ZARCADES; THE TRUST INDENTURE OF PETER A. ZARCADES and Does 1 through 10, inclusive. | **F.R.Civ.P. 41(a)(1)** |
| Defendants. | |

Pursuant to F.R.Civ.P. 41(a)(1) Plaintiff Joseph Abdullah and Defendants, Shiv, Inc. dba Jack in the Box, Peter A. Zarcades as Trustee of The Trust Indenture of Peter A. Zarcades and The Trust Indenture of Peter A. Zarcades, through their attorneys undersigned, stipulate and agree that the above-captioned matter may be

1  dismissed as to all claims and all defendants, with prejudice, each party to bear his
2  own attorneys' fees and costs.

4  DATED: February 16, 2007                **AZIMY & NATHAN, LLP**

6                                          By: /s/ Reuben D. Nathan, Esq.
                                                Reuben D. Nathan, Esq.
                                                Attorney for Plaintiff,
                                                Joseph Abdullah

9  DATED: February 13, 2007                **ACKERMAN & KEVORKIAN**

11                                         By: /s/ Kevin B. Kevorkian, Esq. as authorized on February 13, 2007
                                                Kevin B. Kevorkian, Esq.
                                                Attorney for Defendants, Shiv, Inc.
                                                dba Jack in the Box, Peter A.
                                                Zarcades as Trustee of The Trust
                                                Indenture of Peter A. Zarcades and
                                                The Trust Indenture of Peter A.
                                                Zarcades

### ORDER

Pursuant to the stipulation of the parties,

**IT IS ORDERED** that the above-captioned matter is dismissed as to all claims and all defendants, with prejudice, each party to bear his own attorneys' fees and costs.

Dated: February 20, 2007, 2007

_____
United States District Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

- 2 -

**STIPULATION AND PROPOSED ORDER OF DISMISSAL**